**Order filed September 29, 2022**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-22-00504-CV

————————

### VALARIS PLC, Appellant

### V.

### GORDON GILLIES, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-36729**

## ABATEMENT ORDER

On September 19, 2022, the parties notified this court that the parties had reached an agreement to settle the issues on appeal. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **October 31, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.